men's Compensation Law, Respondent, for the Death of JAMES H. HENDER-
SON, v. JOHN DONOVAN COMPANY, Employer, and the UNITED STATES
FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award
unanimously affirmed.

In the Matter of the Application of the BOARD OF WATER SUPPLY OF
THE CITY OF NEW YORK, Appellant, etc.    THOMAS G. SOUTHARD, Respond-
ent.— Order modified by striking therefrom the paragraphs numbered second,
third and fourth, on the ground that the matters contained in those
paragraphs are irrelevant to an order, and as so modified order unani-
mously affirmed, with ten dollars costs and disbursements to the respondent.

ANNIE L. McGARR, Respondent, v. JOHN E. GLADSTONE, Appellant.—
Order unanimously affirmed, with costs. .

ALEXANDER RICE McKIM, Respondent, v. RUTLAND RAILROAD COMPANY,
Appellant.— Judgment and order reversed on the ground that the damages
are excessive, and new trial granted, with costs to appellant to abide event,
unless the plaintiff stipulates to reduce the recovery to $6,000, in which
event the judgment is so modified and as modified, judgment and order
unanimously affirmed, without costs.   H. T. Kellogg, J., not sitting.

DONATO MORRONE, Respondent, v. FRANCESCO RICCIARDI, Appellant.
— Order unanimously affirmed, with ten dollars costs and disbursements.

ROBERT J. O'CONNOR, Respondent, v. JAMES STEWART & COMPANY,
INC., Appellant.— Judgment and order reversed on the ground that the
damages are excessive, and new trial granted, with costs to appellant to
abide event, unless the plaintiff stipulates to reduce the recovery to $3,000,
in which case the judgment is so modified and as so modified, judgment
and order affirmed, without costs.   All concurred.   H. T. Kellogg, J., not
sitting.

FRANK OSBORN, Respondent, v. LEMON THOMSON and Others, Composing
the Board of Examiners of Feeble-minded, Criminals and Other Defectives,
Appellants.— Judgment unanimously affirmed on the opinion of Rudd, J., at
Special Term.    (Reported in 103 Misc. Rep. 23.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES WRIGHT,
Appellant.— Judgment of conviction unanimously affirmed.

CHARLES PREYER and ROBERT PREYER, Appellants, v. LEWIS MILLER,
Respondent.— Judgment unanimously affirmed, with costs.

JOHN W. ROWLANDS and Others, Appellants, v. ASA J. TIBBITTS and
Others, Respondents.— Judgment and order unanimously affirmed, with
costs.

WILLIAM L. REDMOND, Respondent, v. WALTER TIDD, Appellant.— Judg-
ment and order unanimously affirmed, with costs.

MAX RIKOON, Appellant, v. HARRY KATZ, Respondent.— Judgment and
order unanimously affirmed, with costs.

F. H. ROBERTS COMPANY, INC., Appellant, v. JOHN PAPASTRAT and
HARRY PAPASTRAT, Respondents.— Judgment unanimously affirmed, with
costs.